**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| LANET R. BROWN, | : | Case No. 24-1-1620-LSS |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |

**TRUSTEE'S OBJECTION TO DEBTOR'S**
**CHAPTER 13 PLAN FILED APRIL 17, 2024**

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case ("Trustee"), pursuant to section 1325 of the Bankruptcy Code and Bankruptcy Rule 3015(f) objects to confirmation of the Debtor's Chapter 13 plan filed April 17, 2024 (the "Plan"). In support of his opposition, the Trustee respectfully represents the following:

1. The Debtor converted this case to Chapter 13 on April 17, 2024. The Plan proposes to pay $200.00 monthly for 36 months for a gross funding of $7,200.00.

2. The Debtor has failed to provide documentation supporting all income listed on Schedule I including her mother's income as requested by the Trustee at the meeting of creditors. Accordingly, the Trustee cannot determine whether the Plan is feasible. The Plan does not satisfy the requirements of section 1325(a)(6) of the Bankruptcy Code. At this time, the Debtor has failed to fully cooperate with the Trustee as required under section 521(a)(3) of the Bankruptcy Code.

3. The Debtor has failed to provide proof of the Tesla Surrender, a copy of her Maryland Driver's License, and a Domestic Support Obligation Affidavit as requested by the Trustee. At this time, the Debtor has failed to fully cooperate with the Trustee as required under section 521(a)(3) of the Bankruptcy Code.

4. The Debtor has not provided and/or filed all applicable federal, state, and local tax returns as required by section 1308. Accordingly, the Debtor has not satisfied the requirements of section 1325(a)(9) of the Bankruptcy Code.

5. The Debtor must file with the Court monthly business reports as required by sections 1304(c) and 704(a)(8) of the Bankruptcy Code, and Bankruptcy Rule 2015(a)(3) and (c)(1).

6. Accordingly, the Plan should not be confirmed.

**PLEASE TAKE NOTICE** THAT *THIS OBJECTION MUST BE RESOLVED AT LEAST 2 BUSINESS DAYS PRIOR TO THE CONFIRMATION HEARING*. AFTER THAT TIME, THE TRUSTEE MAY DECLINE TO ACCEPT MATERIALS THAT HE HAS REQUESTED FROM THE DEBTORS. THE TRUSTEE MAY DECLINE TO DISCUSS THE CASE AT THE CONFIRMATION HEARING. THE DEBTORS SHOULD EXPECT THAT ANY UNRESOLVED OBJECTION WILL BE HEARD BY THE COURT.

Respectfully submitted,

June 26, 2024

/s/ Timothy P. Branigan

Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, #301
Columbia, Maryland 21046
(410) 290-9120

**Certificate of Service**

I hereby certify that the following persons are to be served electronically via the CM/ECF system:

Teresa C. Edwards, Esq.

I caused a copy of the pleading above to be sent on June 27, 2024 by first-class U.S. mail, postage prepaid to:

Lanet R. Brown
4286 Shakespeare Circle
White Plains, MD 20695

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)